■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK NICOMETI, Appellant.

Present — Dillon, P. J., Boomer, Green, O'Donnell, and Schnepp, JJ.